Tionna Dolin (SBN: 299010)
tdolin@slpattorney.com
Nino Sanaia (SBN: 343765)
nsanaia@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838
Attorneys For Plaintiff
EDWARD LEWIS

Eric D. Sentlinger (SBN: 215380)
esentlinger@grsm.com
Sarah Carlson Lamert (SBN: 247360)
slambert@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02367-TLN-JDP<br><br>Judge: Hon. Troy L. Nunley<br>Mag. Judge: Hon. Jeremy D. Peterson<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES**<br><br>Complaint Filed: December 20, 2021<br>Trial Date: None set. |

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DATES

**[Proposed] Order**

The Court, having considered the Stipulation to Continue Dates, ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:
    a. Completion of All Non-Expert Discovery: November 6, 2023
    b. Expert Witness Disclosures (Initial): January 5, 2023
    c. Expert Witness Disclosures (Rebuttal): February 4, 2024
    d. Completion of All Expert Discovery: January 26, 2024
    e. Dispositive Motions Shall Be Filed by: May 5, 2024

2. The deadlines/dates are continued as follows:
    a. Completion of All Non-Expert Discovery: February 5, 2024
    b. Expert Witness Disclosures (Initial): April 5, 2024
    c. Expert Witness Disclosures (Rebuttal): May 6, 2024
    d. Completion of All Expert Discovery: April 26, 2024
    e. Dispositive Motions Shall Be Filed by: August 19, 2024

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 27, 2023

_____
Troy L. Nunley
United States District Judge