# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEWIS, | Case No. 2:21-cv-02367-TLN-JDP |
| Plaintiff, | District Judge: Troy L. Nunley |
| vs. | **JUDGMENT** |
| FORD MOTOR COMPANY; FUTURE FORD OF SACRAMENTO; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff EDWARD LEWIS ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 May 24, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $90,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: May 29, 2024

Troy L. Nunley
United States District Judge

1
**JUDGMENT**