# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEWIS,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.: 2:21-cv-02367-TLN-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES** |

On October 28, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from October 28, 2024 to November 28, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: October 28, 2024

Troy L. Nunley
Chief United States District Judge

-1-