# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEWIS, | Case No. 2:21-cv-02367-TLN-JDP |
| Plaintiff, | District Judge: Troy L. Nunley |
| vs. | **ORDER** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff EDWARD LEWIS ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $29,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $29,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by January 20, 2025. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated: November 19, 2024

_____
Troy L. Nunley
Chief United States District Judge